IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROLANDA CANADA O/B/O K.M.B., A MINOR, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. CIV-15-426-R ) |
| CAROL W. COLVIN, Acting Commissioner, Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation from United States Magistrate Judge Shon T. Erwin entered August 10, 2016. Doc. No. 26. No objection to the Report and Recommendation has been filed nor has an extension of time been sought or granted. Therefore, the undersigned ADOPTS the Report and Recommendation and GRANTS Plaintiff's Motion for Attorney Fees to the extent that Plaintiff is awarded $4,211.20. Further, if attorney fees are also awarded under 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel is to refund the smaller amount to Plaintiff. *Weakley v.* Bowen, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 30th day of August, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE